UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 18-05248 DSF (SKx) | Date | June 24, 2019 |
| Title | Dion Martin v. Toast, Inc. | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |

| Renee Fisher | Cindy Nirenberg |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jason Christopher Marsili | James C. Rehnquist |

**Proceedings:**   **MOTION HEARING (Non-evidentiary)**

MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [45]

MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE PAYMENT [51]

The matter is called and counsel state their appearances.  The Court questions counsel as stated in court and on the record.

Counsel is to provide further documents for the Court to consider.  The Court will then issue an order.