# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DION MARTIN, an individual, on behalf of himself and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TOAST, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | CASE NO. 2:18−cv−05248−DSF−SK<br><br>**ORDER RELEASING REMAINING ATTORNEYS' FEES** |

On July 9, 2019, this Court issued a Final Approval Order of the parties' Settlement which, in part, gave final approval to payment of $158,000 in fees and $16,000 in costs to Class Counsel out of the Gross Fund Value, of which 90% of the fees and 100% of the costs were to be paid in accordance with the parties' settlement agreement, and the remaining 10% of the fees were to be paid only after completion of administration of the Settlement and written certification of such completion to the Court by the Settlement Administrator.

On June 3, 2020, Plaintiffs filed the Payment Declaration of Chris Pikus for Rust Consulting, Inc. (ECF No. 60), which attested that the Settlement Administrator had completed administration and disbursement of the settlement funds, and that no checks remain uncashed.

Therefore, the Court orders that the Settlement Administrator should release the remaining 10% of the fees to Class Counsel.

IT IS SO ORDERED.

DATED: June 4, 2020

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE